COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Bartolo Cardenas Perez v. The State of Texas

Appellate case number:   01-14-00061-CR

Trial court case number: 1846057

Trial court:             County Criminal Court at Law No. 13 of Harris County

On December 19, 2013, appellant, Bartolo Cardenas Perez, filed his notice of appeal of the trial court's judgment of conviction. The clerk's record was filed in this Court on February 11, 2014. The reporter's record was due to be filed no later than February 18, 2014. On February 25, 2015, we abated the appeal pending the filing of findings of fact and recommendations regarding the reporter's record.

On September 3, 2015, we reinstated the case on the Court's active docket and ordered the official court reporter of Harris County Criminal Court at Law No. 13 to file the reporter's record no later than October 5, 2015. The court reporter has filed a motion for extension of time to file the reporter's record. We **grant** the motion. **The reporter's record is due to be filed in this Court no later than November 9, 2015. No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually      ☐ Acting for the Court

Date:  October 13, 2015